**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6518

FRANKLIN C. SMITH,

Plaintiff - Appellant,

v.

CPL D. N. BEAVERS, Corporal; CPL. UZZLE, Corporal/Intel; D. A. TAYLOR, Deputy/Intel; B. F. ROZAS, Deputy/Intel; J. VARGAS, Captain; CPL. DEVO, Corporal; CPL. CHRISTIE, Corporal; CPL. BRYANT, Corporal,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:17-cv-00336-MSD-LRL)

Submitted:  January 4, 2023                    Decided:  February 16, 2023

Before KING, Circuit Judge, and TRAXLER and FLOYD, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Franklin C. Smith, Appellant Pro Se.  Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin C. Smith appeals the district court's order dismissing his 42 U.S.C. § 1983 action as a sanction for his vexatious litigation practices and denying his motion for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Beavers*, No. 2:17-cv-00336-MSD-LRL (E.D. Va. Apr. 7, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*